**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

NO. 14-3338

VINCENT MERCER

        Plaintiff-Appellant

Vs.

SEPTA, ET AL.

        Defendants-Appellees

(Eastern District of Pennsylvania Civil Action No. 12-cv-06929)

---

**BRIEF OF APPELLANT**
_____

Appeal from the District Court's, June 18, 2014 Order granting Defendants' Motion for Summary Judgment

Olugbenga O. Abiona, Esquire
1433 South 4th Street
Philadelphia, PA 19147
(215) 625-0330
Attorney for Appellant